## *ORDER*

PER CURIAM.

**AND NOW,** this 5th day of March, 2014, the Petition for Allowance of Appeal is **GRANTED,** the portion of the Superior Court's order which vacated Respondent's judgment of sentence with regard to his conviction for conspiracy to commit third-degree murder is **VACATED,** and the matter is **REMANDED** to the Superior Court for reinstatement of Respondent's judgment of sentence for conspiracy to commit third-degree murder pursuant to *Commonwealth v. Fisher, et al.,* 622 Pa. 366, 80 A.3d 1186 (2013).

86 A.3d 861

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Terry David KLINE, Jr., Respondent.**

Supreme Court of Pennsylvania.

March 5, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 5th day of March, 2014, the Petition for Allowance of Appeal is **GRANTED,** the portion of the Superi-

or Court's order which vacated Respondent's judgment of sentence with regard to his conviction for conspiracy to commit third-degree murder is **VACATED,** and the matter is **REMANDED** to the Superior Court for reinstatement of Respondent's judgment of sentence for conspiracy to commit third-degree murder pursuant to *Commonwealth v. Fisher, et al.,* 622 Pa. 366, 80 A.3d 1186 (2013).

86 A.3d 862

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Larry Francis WEAVER, Petitioner.**

Supreme Court of Pennsylvania.

March 5, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 5th day of March, 2014, the Petition for Allowance of Appeal is **GRANTED.** The issue as stated by petitioner is:

(1) Whether horizontal gaze nystagmus (HGN) field sobriety test results, which have been deemed to be scientific evidence under Pennsylvania precedent, are [in]admissible at a suppression hearing for lack of probable cause to arrest for driving under the influence absent any admission of foundation evidence presented to show that the HGN test is generally accepted in the scientific community.